1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  LISA ASHLEY OTT
   Deputy Attorney General
6  State Bar No. 164811
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5978
8    Fax:  (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE COLE,<br><br>                  Petitioner,<br><br>  v.<br><br>TOM FELKER, Warden,<br><br>                  Respondent. | C-07-5183 JF<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION** |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a sixty-day enlargement of time in which to file its answer to the petition for writ of habeas corpus. As explained in the accompanying declaration, counsel has been briefing several matters with chronological precedence over this case, and has not yet been able to turn her attention full-time to this case. In addition, counsel was out of the office on a pre-planned vacation from February 22, 2008 until March 4, 2008.

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER TO PET. – *Cole v.Felker*, C 07-5183 JF**    1

1  WHEREFORE, respondent respectfully requests that this Court grant an enlargement of
2  time, to and including May 12, 2008, in which to file its answer.
3  Dated: March 12, 2008
4  Respectfully submitted,
5  EDMUND G. BROWN JR.
   Attorney General
6  DANE R. GILLETTE
   Chief Assistant Attorney General
7  GERALD A. ENGLER
   Senior Assistant Attorney General
8  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
9
   **/s/ Lisa Ashley Ott**
10
   LISA ASHLEY OTT
11 Deputy Attorney General

12 Attorneys for Respondent

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER TO PET. –** *Cole v.Felker*, **C 07-5183 JF**     2