EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
LISA ASHLEY OTT
Deputy Attorney General
State Bar No. 164811
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 703-5978
  Fax:  (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE COLE,<br><br>                      Petitioner,<br><br>v.<br><br>TOM FELKER, Warden,<br><br>                      Respondent. | C 04-04280 RMW<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION** |

I, LISA ASHLEY OTT, declare under penalty of perjury as follows:

I am the California Deputy Attorney General assigned to represent respondent in this case. Respondent's answer is due March 13, 2008, per this Court's Order to Show Cause filed on February 12, 2008.

Following a jury trial in San Francisco Superior Court, petitioner was convicted of second degree murder and possession of a firearm by a felon. The court sentenced petitioner to 40 years to life in state prison.

I request a 60-day enlargement of time to answer because my existing backlog has prevented me from turning my attention to this case. Specifically, since the filing of this Court's Order to Show Cause, I have filed respondent's briefs in the California Court of Appeal in *People*

1  *v. McFarland* (H030824), and completed a respondent's brief in *People v. Castenada* (A118550),
2  which is being reviewed an will be filed later this week or early next week.  In addition, I have
3  substantially completed the appellee's brief in *Watson v. Carey* (07-17039), which is due in the
4  Ninth Circuit on March 19, 2008.  In each of these cases, the opening brief or petition was filed
5  before this Court's order setting the briefing schedule in this case.
6      Finally, I was out of the office on a pre-planned vacation from February 29, returning
7  March 4, 2008.
8      Accordingly, I request that the Court grant respondent to and including May 12, 2008, in
9  which to file its answer or other response to the petition.
10     I declare under penalty of perjury of the laws of the State of California and the United
11 States of America that the foregoing is true and correct.  Executed at San Francisco, California on
12 March 11, 2008.

        **/s/ Lisa Ashley Ott**
_____
LISA ASHLEY OTT
Deputy Attorney General

**DECL. OF COUNSEL IN SUPPORT OF APPLICATION
FOR SECOND ENLARGEMENT OF TIME TO FILE
ANSWER TO PET.** – *Cole v. Felker,* **C 07-5183 JF**     2