IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE COLE,<br><br>                       Petitioner,<br><br>   v.<br><br>TOM FELKER, Warden,<br><br>                       Respondent. | C 07-5183 JF<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 12, 2008, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: _____, 2008.

_____
JEREMY FOGEL
United States District Judge