**E-filed 3/14/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDDIE COLE,

    Petitioner,

v.

TOM FELKER, Warden,

    Respondent.

C 07-5183 JF

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 12, 2008, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: __3/14_____, 2008.

_____
JEREMY FOGEL
United States District Judge