1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  LISA ASHLEY OTT
   Deputy Attorney General
6  State Bar No. 164811
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5978
8    Fax:  (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE COLE,<br><br>                   Petitioner,<br><br>   v.<br><br>TOM FELKER, Warden,<br><br>                   Respondent. | C-07-5183 JF<br><br>**APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION** |

     For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a sixty-day enlargement of time in which to file its answer to the petition for writ of habeas corpus.  Respondent has previously requested one sixty-day enlargement of time.  As explained in the accompanying declaration, counsel has been briefing several matters with chronological precedence over this case, and has not yet been able to turn her attention full-time to this case.  In addition, counsel will be out of the office on a pre-planned vacation from May 7, 2008, through May 13, 2008.

1  WHEREFORE, respondent respectfully requests that this Court grant an enlargement of
2  time, to and including July 11, 2008, in which to file its answer.
3  Dated: May 6, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Lisa Ashley Ott**

LISA ASHLEY OTT
Deputy Attorney General

Attorneys for Respondent

1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  LISA ASHLEY OTT
   Deputy Attorney General
6  State Bar No. 164811
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5978
8    Fax:  (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE COLE,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>TOM FELKER, Warden,<br><br>　　　　　　　　　Respondent. | C 07-5183 JF<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION** |

I, LISA ASHLEY OTT, declare under penalty of perjury as follows:

I am the California Deputy Attorney General assigned to represent respondent in this case. Respondent's answer is due May 12, 2008, per this Court's Order granting respondent's first application for enlargement of time.

Following a jury trial in San Francisco Superior Court, petitioner was convicted of second degree murder and possession of a firearm by a felon. The court sentenced petitioner to 40 years to life in state prison.

I request a 60-day enlargement of time to answer because my existing backlog has prevented me from turning my attention to this case. Specifically, since the filing of this Court's Order to Show Cause, I have filed respondent's briefs in the California Court of Appeal in *People*

1  *v. McFarland* (H030824), and *People v. Castenada* (A118550), and the appellee's brief in *Watson
2  v. Carey* (9th Cir., No. 07-17039). I have also substantially completed the respondent's brief in
3  *People v. Yang* (H030936), a murder case with a lengthy issue which raised issues both as to the
4  guilt and sanity phase of the trial. I have also completed the answer to a petition for writ of habeas
5  corpus in *Kazas v. Woodford* (No. C-04-04280 (RMW), which is being filed today. In each of these
6  cases, the opening brief or petition was filed before this Court's order setting the briefing schedule
7  in this case.
8      Finally, I will be out of the office on a pre-planned vacation from May 7, 2008 through
9  May 14, 2008.
10     Accordingly, I request that the Court grant respondent to and including July 11, 2008, in
11 which to file its answer or other response to the petition.
12     I declare under penalty of perjury of the laws of the State of California and the United
13 States of America that the foregoing is true and correct. Executed at San Francisco, California on
14 May 6, 2008.

                                    **/s/ Lisa Ashley Ott**

                                    _____
                                    LISA ASHLEY OTT
                                    Deputy Attorney General