IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDDIE COLE,

                     Petitioner,

    v.

TOM FELKER, Warden,

                     Respondent.

C 07-5183 JF

**ORDER**

      GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 11, 2008, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: _____, 2008.

                                              _____
                                              JEREMY FOGEL
                                              United States District Judge