**E-filed 5/9/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDDIE COLE,

                      Petitioner,

v.

TOM FELKER, Warden,

                      Respondent.

C 07-5183 JF

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 11, 2008, to file its answer to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer within thirty days of his receipt of the answer.

DATED: ___5/9_____, 2008.

_____
JEREMY FOGEL
United States District Judge