1  EDMUND G. BROWN
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  LISA H. ASHLEY OTT
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5978
    Fax: (415) 703-1234
8  Attorneys for Respondent

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

| | |
|---|---|
| **EDDIE COLE,** | C 07-5183 JF |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

Respondent Tom Felker, Warden of the High Desert State Prison, provides this Answer to the Order to Show Cause why the petition for writ of habeas corpus should not be granted:

**I.**

**Custody**

Petitioner Eddie Cole ("petitioner") is lawfully in the custody of Tom Felker, Warden of High Desert State Prison, pursuant to a valid judgment in *People v. Cole*, San Francisco County Superior Court case No. 190013. Petitioner was convicted by jury of second degree murder and possession of a firearm by a felon. The jury also found true enhancements for the personal use of a firearm, and for personally and intentionally discharging a firearm, causing death. Cal. Penal Code

§§ 187, 12021(a)(1), 12022.5(a)(1), 12022.53 (d). CT 227-232.[1] The trial court sentenced petitioner to a state prison term of 40 years to life. CT 238-240. Petitioner unsuccessfully pursued state direct review.

## II.

## Verification

The petition is signed and verified by counsel for petitioner.

## III.

## Exhaustion Of State Remedies

Petitioner exhausted state remedies for his claims.

## IV.

## Timeliness

Petitioner's claims are timely presented.

## V.

## General Denial

Petitioner was not denied rights under the Constitution or laws of the United States and is not entitled to discharge from his present confinement. The state court adjudication of petitioner's claims was not contrary to, nor involved an unreasonable application of, clearly established federal law as determined by the United States Supreme Court, and was not based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings.

## VII.

## Specific Denials

The trial court did not violate petitioner's federal constitutional rights by refusing to instruct the jury pursuant to petitioner's proposed instructions on complete and imperfect self-defense. The trial court properly concluded there was insufficient evidence upon which to premise such instructions.

---

1. Citations to "CT" and "RT" refer, respectively, to the clerk's and reporter's transcripts of petitioner's state conviction, lodged herewith as respondent's exhibits A and B, respectively.

ANSWER TO ORDER TO SHOW CAUSE – *Cole v. Felker* – C 07-5183 JF

## VIII.

### Statutory Presumption

The California Supreme Court, Court of Appeal, Superior Court, and trial jury made express and implied findings of fact. Such findings are presumed correct. 28 U.S.C. § 2254(e)(1). The California courts' mixed findings of law and fact are entitled to deference under 28 U.S.C. § 2254(d).

## IX.

### Incorporation By Reference

Respondent incorporates by reference as though fully set forth the factual statements material to the issues herein which are contained in the accompanying memorandum of points and authorities.

## X.

### Rule 5 Statement

Respondent has lodged separately with this Court the following exhibits:

EXHIBIT A    Clerk's Transcript (1 vol.), *People v. Cole*, San Francisco County Superior Court No. 190013.

EXHIBIT B    Reporter's Transcript (7 vols.), *People v. Cole*, San Francisco County Superior Court No. 190013.

EXHIBIT C    Probation Officer's Report and Recommendation.

EXHIBIT D    Unpublished opinion, *People v. Cole*, California Court of Appeal No. A106946.

EXHIBIT E    Petition for review, *People v. Cole*, California Supreme Court No. S143836.

EXHIBIT F    Order denying petition for review, *People v. Cole*, California Supreme Court No. S143836.

### Prayer

WHEREFORE, respondent respectfully prays that the Petition for Writ of Habeas Corpus be denied with prejudice.

ANSWER TO ORDER TO SHOW CAUSE – *Cole v. Felker* – C 07-5183 JF

Dated: July 9, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

**/s/ Lisa H. Ashley Ott**

LISA H. ASHLEY OTT
Deputy Attorney General

Attorneys for Respondent

ANSWER TO ORDER TO SHOW CAUSE – *Cole v. Felker* – C 07-5183 JF

4