1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  LISA H. ASHLEY OTT
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5978
     Fax: (415) 703-1234
8  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **EDDIE COLE,**<br><br>                              Petitioner,<br><br>            v.<br><br>**TOM FELKER, Warden,**<br><br>                              Respondent. | C 07-5183 JF<br><br>**NOTICE OF LODGING EXHIBITS WITH COURT** |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

EXHIBIT A    Clerk's Transcript (1 vol.), *People v. Cole*, San Francisco County Superior Court No. 190013.

EXHIBIT B    Reporter's Transcript (7 vols.), *People v. Cole*, San Francisco County Superior Court No. 190013.

EXHIBIT C    Probation Officer's Report and Recommendation.

EXHIBIT D    Unpublished opinion, *People v. Cole*, California Court of Appeal No. A106946.

EXHIBIT E    Petition for review, *People v. Cole*, California Supreme Court No. S143836.

EXHIBIT F    Order denying petition for review, *People v. Cole*, California Supreme Court No. S143836.

NOTICE OF LODGING EXHIBITS WITH COURT – *Cole v. Felker* – C 07-5183

1

Dated:  July 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

**/s/ Lisa H. Ashley Ott**

LISA H. ASHLEY OTT
Deputy Attorney General

Attorneys for Respondent

NOTICE OF LODGING EXHIBITS WITH COURT – *Cole v. Felker* – C 07-5183